

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

## PER CURIAM.

The offense is violation of the liquor law; the punishment, a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

## PER CURIAM.

Selling beer in a dry area is the offense; the punishment, a fine of $600.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

Conception YBARRA, Appellant,

v.

The STATE of Texas, Appellee.

No. 27868.

Court of Criminal Appeals of Texas.

Nov. 30, 1955.

Howard BAUGUS, Appellant,

v.

The STATE of Texas, Appellee.

No. 27861.

Court of Criminal Appeals of Texas.

Nov. 30, 1955.

